UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CARLOS JEROME TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 5:23-cv-1630-ACA-GMB |
| ) | |
| WARDEN CRABTREE, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court dismiss Petitioner Carlos Jerome Turner's 28 U.S.C. § 2241 petition for a writ of habeas corpus without prejudice because Mr. Turner has not exhausted his remedies in state court. (Doc. 16). Although the magistrate judge advised Mr. Turner of the deadline to file objections and the consequences of failure to object (*id.* at 5–6), Mr. Turner filed no objections.

Mr. Turner's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the report and **ACCEPTS** the recommendation. The court **WILL DISMISS** Mr. Turner's § 2241 petition **WITHOUT PREJUDICE**.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 15, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE